## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   KATHERINE RENEE REGIONS            CASE NO. 25-00332-JAW
                                            CHAPTER 13

### REQUEST FOR NOTICES AND ENTRY OF APPEARANCE

COMES NOW, James Eldred Renfroe and enters this case for and on behalf of Trustmark National Bank. The undersigned requests that copies of all pleadings and correspondence from this day forward be directed to their usual business address: Renfroe & Perilloux PLLC, 648 Lakeland East Drive, Suite A, Flowood MS 39232.

RESPECTFULLY SUBMITTED this 25th day of July 2025.

                                            TRUSTMARK NATIONAL BANK

                                            */s James Eldred Renfroe*

James Eldred Renfroe, MSB #10096
James L. Powell, MSB # 10083
Renfroe & Perilloux, PLLC
648 Lakeland East Drive, Suite A
Flowood, MS 39232
Telephone: 601-932-1011
jrenfroe@mslawfirm.biz

### CERTIFICATE OF SERVICE

I certify that I have this date served a true and correct copy of the foregoing ***Request for Notices and Entry of Appearance*** to Debtor's attorney, the case trustee, and the U.S. Trustee via Notice of Electronic Filing (NEF) through the ECF system.

Dated:  July 25, 2025

                                            */s James Eldred Renfroe*
                                            James Eldred Renfroe