IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     KATHERINE RENEE REGIONS            CASE NO. 25-00332-JAW
                                                                                     CHAPTER 13

## CORPORATE OWNERSHIP STATEMENT
## PURSUANT TO FRBP 7007.1

Pursuant to Fed. R. Bank. Proc. 1007(a)(1) and/or 7007.1, and to enable judges to more effectively evaluate possible disqualification or recusal issues, the undersigned counsel for Trustmark National Bank certifies that Trustmark National Bank makes the following disclosure:

✓     The following entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interests are: <u>Trustmark Corporation</u>.

Respectfully submitted, this 25th day of July, 2025,

                                         Trustmark National Bank

                                         <u>/s James Eldred Renfroe</u>

James Eldred Renfroe, MSB #10096
James L. Powell, MSB # 10083
Renfroe & Perilloux, PLLC
648 Lakeland East Drive Ste A
Flowood, MS 39232
(601) 932-1011
<u>jrenfroe@mslawfirm.biz</u>
Attorney for Trustmark National Bank