**Fill in this information to identify the case:**

Debtor 1    Katherine Renee Regions

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Mississippi

Case number   25-00332

## Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Trustmark

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account:   2   9   5   8

**Date of payment change:**
Must be at least 21 days after date of this notice    10/01/2025

**New total payment:**
Principal, interest, and escrow, if any    $   1,154.56

---

**Part 1:**   **Escrow Account Payment Adjustment**

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____ 470.59     New escrow payment:   $ _____ 472.29

**Part 2:**   **Mortgage Payment Adjustment**

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

**Part 3:**   **Other Payment Change**

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Debtor 1  **Katherine  Renee     Regions**
　　　　　　First Name　　Middle Name　　Last Name

Case number (*if known*) **25-00332**

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ _Tiffany Smith_ (signature)
Signature

Date  08/25/2025

Print:  **Tiffany**　　　　　　**Smith**
　　　　First Name　　Middle Name　　Last Name

Title **Bankruptcy Analyst**

Company  **Trustmark**

Address  **P. O. Box 522**
　　　　　Number　　　Street

**Jackson**　　　　　**MS**　　**39205**
City　　　　　　　　State　　ZIP Code

Contact phone  **601-208-4489**

Email _____

**ANALYSIS/REVIEW - PROJECTION STATEMENT** 376   8/25/2025  4:55:32 PM ET   PFSP342

| Account No | | Statement: Type | | ANNUAL | Date | 08/15/25 |
|---|---|---|---|---|---|---|
| SHORTAGE WAS SPREAD | | BKR | | | | |

### Analysis Based On

| | | | | |
|---|---|---|---|---|
| Anticipated Disbursements | 5150.13 | CP Index Factor | | 0.00% |
| Ideal Escrow Payment | 429.17 | Cushion     C-1/6 | | 640.62 |
| Cycle | 10/01/25  - 09/30/26 | RESPA Max 1/6 Cushion | | 640.62 |
| Analysis Parameter Review | No ❯ | Loan Status Review | | No ❯ |
| Anticipated Escrow Balance Detail | No ❯ | Current PITI | | 1152.86 |
| | | PMI Termination Date | | 00/00/00 |

### Results

| | | | | |
|---|---|---|---|---|
| Lowpoint Month: 07/26 | Anticipated Bal | 123.18 | Required Bal | 640.62 |
| SHORTAGE     -517.44 | DEFICIENCY     .00 | | | |
| Current Escrow Shortage | -517.44 | | Percentage of Change | 0.3612% |
| EA Shortage Spread Used | 12 | | View Trial Balance Detail | No ❯ |

| ---- OLD ---- | ------ PAYMENT DETAIL ------ | --- NEW EFF 10/01/25 - |
|---|---|---|
| 682.27 | PRINCIPAL & INTEREST | 682.27 |
| 470.59 | ESCROW | 429.17 |
| .00 | OPTIONAL INS | .00 |
| .00 | ANCILLARY | .00 |
| .00 | SHORTAGE | 43.12 |
| .00 | DEFICIENCY | .00 |
| .00 | SURPLUS | .00 |
| .00 | ROUNDING   (+/ -) | .00 |
| .00 | BUYDOWN/ASST PMT | .00 |
| 1152.86 | TOTAL BORROWER PAYMENT | 1154.56 |

Message:                                 OK                              MORE...

**ANALYSIS/REVIEW - PROJECTION STATEMENT** 376    8/25/2025  4:56:35 PM ET    PFSP344

```
+---------------------------Trial   Balance  Detail   ---------------------------+
|  -- To Escrow  --        -- From Escrow  --      ---- Escrow  Balance  ---- |
| Month    Antciptd   Cpindex  Antciptd    Desc         ANTCIPTD    Required   |
|                      STARTING BALANCE =>        763.89    1281.33            |
|  10/25    429.17    .00    108.86    FHA RI     1084.20    1601.64 |
|  11/25    429.17    .00    108.86    FHA RI     1404.51    1921.95 |
|  12/25    429.17    .00    108.86    FHA RI         .00        .00 |
|           .00       .00    642.81    COUNTY     1082.01    1599.45 |
|  01/26    429.17    .00    108.86    FHA RI     1402.32    1919.76 |
|  02/26    429.17    .00    108.86    FHA RI     1722.63    2240.07 |
|  03/26    429.17    .00    108.86    FHA RI     2042.94    2560.38 |
|  04/26    429.17    .00    108.86    FHA RI     2363.25    2880.69 |
|  05/26    429.17    .00    108.86    FHA RI     2683.56    3201.00 |
|  06/26    429.17    .00    108.86    FHA RI     3003.87    3521.31 |
|  07/26    429.17    .00   2581.00    HAZARD         .00        .00 |
|           .00       .00    108.86    FHA RI         .00        .00 |
|           .00       .00    620.00    LOT LE      123.18     640.62 |
|  08/26    429.17    .00    108.86    FHA RI      443.49     960.93 |
+------------------------------------------------------------------------+
```

Message:   CLICK RETURN TO EXIT                    OK                    MORE...

**ANALYSIS/REVIEW - PROJECTION STATEMENT** 376    8/25/2025  4:56:40 PM ET    PFSP344



```
+-------------------------Trial   Balance  Detail --------------------------+
|  -- To  Escrow  --          -- From  Escrow  --       ---- Escrow  Balance ---- |
|  Month    Antciptd     Cpindex   Antciptd     Desc        ANTCIPTD     Required  |
|                             STARTING BALANCE =>      443.49    960.93           |
|  09/26     429.17      .00      108.86      FHA RI       763.80    1281.24  |
|                                                                            |
|                                                                            |
|                                                                            |
|                                                                            |
|                                                                            |
|                                                                            |
|                                                                            |
|                                                                            |
|                                                                            |
|                                                                            |
|                                                                            |
|                                                                            |
+----------------------------------------------------------------------------+
```

Message:   CLICK RETURN TO EXIT                        OK                          BOTTOM

**CERTIFICATE OF SERVICE**

I, Tiffany Smith, do herby certify that I have this 25th day of August, 2025 transmitted via Electronic Case Filing, as it appears on this date in the Court registered e-filers of CM/ECF and/or via U.S. Mail, postage prepaid, a true and correct copy of the above Notice   and a copy of the Notice of Mortgage Payment Change to the Case Trustee, Debtor(s),

Harold J. Barkley T1, Jr.
HJB@HBarkley13.com

Tiffany Smith
P.O. Box 522
Jackson, MS 39205

**Katherine Renee Regions**
118 Haley Creek Dr
Madison, MS 39110

**Thomas Carl Rollins, Jr**
trollins@therollinsfirm.com