**SO ORDERED,**

*Jamie A. Wilson*

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: August 26, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  KATHERINE RENEE REGIONS           CASE NO. 25-00332-JAW
                                          CHAPTER 13

### AGREED ORDER CONDITIONALLY DENYING MOTION TO LIFT STAY

Considering the Motion to Lift Automatic Stay and for Abandonment as to Debtor or Alternatively for Adequate Protection (Dkt. #22) as filed by Trustmark Bank, successor in interest to Trustmark National Bank, and Response filed by Debtor (Dkt. #27). This Court having reviewed pleadings filed find and having found the parties are in an agreement hereby orders as follows:

That Debtor has as of July 2025, become current with Trustmark Bank for her monthly mortgage obligation.

That Trustmark Bank is hereby permitted to assess all reasonable costs associated with this action to the overall indebtedness held by Trustmark Bank and owed by Debtor. That Debtor shall pay through the plan and Trustee shall disburse to Trustmark Bank the sum of $949.00 for reimbursement of reasonable attorneys fees and costs incurred in the filing of this action with all wage withholding orders of Debtor being hereby amended accordingly.

Should the Debtor become delinquent in her future payments to Trustmark Bank for a period of 45 days or more, then Movant shall send a 14 day Notice of Default to the Debtor and Debtor's

attorney. If the default is cured within 14 days Trustmark Bank shall be reimbursed by Debtor for attorney's fees incurred in the filing of such Notice through the plan. If default is not cured within 14 days from the date of the notice, the Automatic Stay shall be automatically lifted as to Debtor without further order of the Court and shall remain lifted as to Trustmark Bank and their assigns of the lien for their collateral described herein as 118 Haley Creek Drive, Madison, Mississippi and being further identified as:

> Lot 8, Haley Creek, Part 1-A, a subdivision according to a map or plat thereof which is on file and of record in the office of the Chancery Clerk of Madison County at Canton, Mississippi, in Plat Cabinet C at Slide 46, reference to which is hereby made in aid of and as a part of this description,

with the property being automatically abandoned from the estate. Should this case be dismissed for any reason, then likewise the automatic stay shall be lifted as to Movant and the property shall be deemed abandoned from the estate.

That in the event the bankruptcy stay is lifted, Movant shall provide written notice to the Trustee in a timely manner. Entry of this order shall constitute the entry of a final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the Federal Rules of Civil Procedure.

## END OF ORDER ##

| Agreed to as to form: | Agreed to as to form: |
|---|---|
| | /s/ *James Eldred Renfroe* |
| /s/ Thomas C. Rollins, Jr. - with permission | James Eldred Renfroe MSB 10096 |
| Attorney for Debtor | 648 Lakeland East Ste A |
| | Flowood MS 39232 |
| | Phone: 601-932-1011 |
| | Fax: 601-932-1014 |
| /s/ Justin B. Jones - with permission | Email: jrenfroe@mslawfirm.biz |
| Attorney for Trustee or Trustee | Attorney for Trustmark Bank |