United States Bankruptcy Court
Southern District of Mississippi

In re: Katherine Renee Regions, Debtor

Case No. 25-00332-JAW
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 1
Date Rcvd: Aug 26, 2025     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Katherine Renee Regions, 118 Haley Creek Dr, Madison, MS 39110-8754 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 28, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| James Eldred Renfroe | on behalf of Creditor TRUSTMARK NATIONAL BANK jrenfroe@mslawfirm.biz kridge@mslawfirm.biz;orenfroe@mslawfirm.biz |
| Thomas Carl Rollins, Jr | on behalf of Debtor Katherine Renee Regions trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

SO ORDERED,

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: August 26, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:         KATHERINE RENEE REGIONS                    CASE NO. 25-00332-JAW
                                                          CHAPTER 13

## AGREED ORDER CONDITIONALLY DENYING MOTION TO LIFT STAY

Considering the Motion to Lift Automatic Stay and for Abandonment as to Debtor or Alternatively for Adequate Protection (Dkt. #22) as filed by Trustmark Bank, successor in interest to Trustmark National Bank, and Response filed by Debtor (Dkt. #27). This Court having reviewed pleadings filed find and having found the parties are in an agreement hereby orders as follows:

That Debtor has as of July 2025, become current with Trustmark Bank for her monthly mortgage obligation.

That Trustmark Bank is hereby permitted to assess all reasonable costs associated with this action to the overall indebtedness held by Trustmark Bank and owed by Debtor. That Debtor shall pay through the plan and Trustee shall disburse to Trustmark Bank the sum of $949.00 for reimbursement of reasonable attorneys fees and costs incurred in the filing of this action with all wage withholding orders of Debtor being hereby amended accordingly.

Should the Debtor become delinquent in her future payments to Trustmark Bank for a period of 45 days or more, then Movant shall send a 14 day Notice of Default to the Debtor and Debtor's

attorney. If the default is cured within 14 days Trustmark Bank shall be reimbursed by Debtor for attorney's fees incurred in the filing of such Notice through the plan. If default is not cured within 14 days from the date of the notice, the Automatic Stay shall be automatically lifted as to Debtor without further order of the Court and shall remain lifted as to Trustmark Bank and their assigns of the lien for their collateral described herein as 118 Haley Creek Drive, Madison, Mississippi and being further identified as:

> Lot 8, Haley Creek, Part 1-A, a subdivision according to a map or plat thereof which is on file and of record in the office of the Chancery Clerk of Madison County at Canton, Mississippi, in Plat Cabinet C at Slide 46, reference to which is hereby made in aid of and as a part of this description,

with the property being automatically abandoned from the estate. Should this case be dismissed for any reason, then likewise the automatic stay shall be lifted as to Movant and the property shall be deemed abandoned from the estate.

That in the event the bankruptcy stay is lifted, Movant shall provide written notice to the Trustee in a timely manner. Entry of this order shall constitute the entry of a final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the Federal Rules of Civil Procedure.

## END OF ORDER ##

| Agreed to as to form: | Agreed to as to form: |
|---|---|
| | /s/ James Eldred Renfroe |
| /s/ Thomas C. Rollins, Jr. - with permission | James Eldred Renfroe MSB 10096 |
| Attorney for Debtor | 648 Lakeland East Ste A |
| | Flowood MS 39232 |
| | Phone: 601-932-1011 |
| | Fax: 601-932-1014 |
| /s/ Justin B. Jones - with permission | Email: jrenfroe@mslawfirm.biz |
| Attorney for Trustee or Trustee | Attorney for Trustmark Bank |