United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-00332-JAW
Katherine Renee Regions     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: Sep 12, 2025     Form ID: ntcds13v     Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Katherine Renee Regions, 118 Haley Creek Dr, Madison, MS 39110-8754 |
| 5538432 | + | James Eldred Renfroe, Esq., Renfroe & Perilloux, PLLC, for Trustmark National Bank, 648 Lakeland East Drive, Suite A, Flowood MS 39232-9574 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bankruptcynotices@trustmark.com | Sep 12 2025 19:33:00 | TRUSTMARK NATIONAL BANK, P O BOX 522, JACKSON, MS 39205-0522 |
| cr | | Email/Text: bankruptcynotices@trustmark.com | Sep 12 2025 19:33:00 | Trustmark, PO Box 522, Jackson, MS 39205 |
| 5471607 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 12 2025 19:39:17 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5497879 | + | EDI: AISACG.COM | Sep 12 2025 23:29:00 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5471608 | + | EDI: GMACFS.COM | Sep 12 2025 23:29:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5473343 | | EDI: DISCOVER | Sep 12 2025 23:29:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5471609 | + | EDI: DISCOVER | Sep 12 2025 23:29:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5493391 | | EDI: JEFFERSONCAP.COM | Sep 12 2025 23:29:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5471610 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 12 2025 19:34:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5471611 | | EDI: SYNC | Sep 12 2025 23:29:00 | Paypal, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 5471612 | | EDI: SYNC | Sep 12 2025 23:29:00 | Synchrony, Attn: Bankruptcy, PO Box 955060, Orlando, FL 32896-5060 |
| 5471613 | | Email/Text: bankruptcynotices@trustmark.com | Sep 12 2025 19:33:00 | Trustmark National, Attn: Bankruptcy, 248 East Capital St, Jackson, MS 39201 |
| 5477333 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 12 2025 19:34:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 5471614 | + | EDI: LCIUPSTART | Sep 12 2025 23:29:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 5475668 | ^ | MEBN | Sep 12 2025 19:27:30 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 12, 2025 | Form ID: ntcds13v | Total Noticed: 17 |
| TOTAL: 15 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2025 at the address(es) listed below:

**Name** — **Email Address**

Harold J. Barkley, Jr.
HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

James Eldred Renfroe
on behalf of Creditor TRUSTMARK NATIONAL BANK jrenfroe@mslawfirm.biz kridge@mslawfirm.biz;orenfroe@mslawfirm.biz

Thomas Carl Rollins, Jr
on behalf of Debtor Katherine Renee Regions trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

Form ntcds13v (12/23)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 25−00332−JAW
Chapter: 13

In re:
    Katherine Renee Regions
    aka Katherine Regions
    118 Haley Creek Dr
    Madison, MS 39110

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
    xxx−xx−2672

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

    You are hereby notified that on September 12, 2025, Katherine Renee Regions (the "Debtor") filed a Motion to Dismiss the above case pursuant to 11 U.S.C. § 1307(b) (the "Motion") (Dkt. # 38). On September 12, 2025, the court entered an *ex parte* order (Dkt. # 39) granting the Debtor's Motion.

    Pursuant to Miss. Bankr. L.R. 1017−1(f)(2)(C) any party in interest may file an objection to the Debtor's Motion within 14 days of entry of the order. Upon consideration of any objection timely filed, the court may, at its discretion, conduct a hearing or rule on the matter without a hearing.

Dated: 9/12/25

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600